SAVINGS BANK OF MANCHESTER *v.* ROBERT J.
SHERIDAN ET AL.

The defendants Robert J. Sheridan and Carol A.
Sheridan's petition for certification for appeal from the
Appellate Court is denied.

*Steven R. Dembo,* in support of the petition.

*Elliot G. Macht,* in opposition.

Decided April 11, 1991

THE CONNECTICUT NATIONAL BANK AND TRUST COM-
PANY, N.A. *v.* WILLIAM L. WOLLENBERG ET AL.

The defendant William W. Berman's petition for cer-
tification for appeal from the Appellate Court is denied.

*Richard P. Weinstein,* in support of the petition.

*Thomas W. Witherington,* in opposition.

Decided April 11, 1991

KATHERINE G. IVIMEY ET AL. *v.* AMERICAN BANK OF
CONNECTICUT

The plaintiffs' petition for certification for appeal
from the Appellate Court is dismissed.

*Katherine G. Ivimey,* pro se, and *John R. Ivimey,* pro
se, in support of the petition.

*Scott A. Garver,* in opposition.

Decided April 11, 1991